FILED: November 16, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-2279
(2:18-cv-00585)

_____

ANTHONY JAMES BRAXTON

       Plaintiff - Appellant

v.

LARRY E. HARRAH, Fayette County Prosecutor, in his Personal and Job Capacity; BRIAN PARSONS, Fayette County Prosecutor, in his Personal and Job Capacity; W. R. CALLISON, Drug Unit Member, in his personal capacity

       Defendants - Appellees

and

DETECTIVE C. A. YOUNG, Oak Hill City Police Officer, in his Personal Capacity; WEST VIRGINIA STATE POLICE, in their official capacity; CENTRAL WEST VIRGINIA DRUG TASK FORCE CORPORATION; LEONARD BRICKFORD, Fayette County Magistrate, in his Personal and Job Capacity; MIKE FRIDLEY, Fayette County Sheriff, in his Personal and Job Capacity; STEVE KESSLER, (Estate), former Sheriff of Fayette County, in his personal and Job Capacity; OAK HILL CITY POLICE DEPARTMENT, in its official capacity; FAYETTE COUNTY COMMISSION; FAYETTEVILLE CITY POLICE DEPARTMENT; CITY OF OAK HILL, WEST VIRGINIA, in their Official Capacity; CITY OF FAYETTEVILLE, WEST VIRGINIA, in their Official Capacity; MOUNT HOPE CITY POLICE DEPARTMENT, in their Official Capacity; CITY OF MOUNT HOPE, in their Official Capacity; ANSTED CITY POLICE DEPARTMENT, in their Official Capacity; CITY OF ANSTED, in their official capacity; GAULEY BRIDGE CITY POLICE DEPARTMENT, in their Official Capacity; CITY OF GAULEY BRIDGE, in their Official Capacity; NICHOLAS COUNTY COMMISSION, in their Official Capacity; NICHOLAS

COUNTY SHERIFF DEPARTMENT, in their official capacity; SUMMERSVILLE CITY POLICE DEPARTMENT, in their official capacity; CITY OF SUMMERSVILLE, WEST VIRGINIA, in their official capacity; RICHWOOD CITY POLICE DEPARTMENT, in their official capacity; CITY OF RICHWOOD, in their official capacity; CLAY COUNTY COMMISSION, in their official capacity; CLAY COUNTY SHERIFF DEPARTMENT, the Police in their Official Capacity; WEBSTER COUNTY COMMISSION, in their official capacity; WEBSTER COUNTY SHERIFF DEPARTMENT, in their Official Capacity; CITY OF WEBSTER SPRING, WEST VIRGINIA, in their Official Capacity; WEBSTER SPRING CITY POLICE DEPARTMENT, in their Official Capacity; CITY OF COWEN, WEST VIRGINIA; POCAHONTAS COUNTY COMMISSION, in their official capacity; POCAHONTAS COUNTY SHERIFF DEPARTMENT, in their Official Capacity; MARLINTON CITY POLICE DEPARTMENT, in their official capacity; CITY OF MARLINTON, WEST VIRGINIA, in their official capacity

        Defendants

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Southern District of West Virginia at Charleston |
| Originating Case Number | 2:18-cv-00585 |
| Date notice of appeal filed in originating court: | 11/10/2021 |
| Appellant(s) | Anthony Braxton |
| Appellate Case Number | 21-2279 |
| Case Manager | Kirsten Hancock<br>804-916-2704 |